

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Farm Bureau County Mutual Insurance
Company, Appellant

No. 06-14-00002-CV          v.

Cristil Rogers, Appellee

Appeal from the County Court at Law of
Lamar County, Texas (Tr. Ct. No. 82106).
Memorandum Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Carter participating.

      As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

      We further order that the appellant, Farm Bureau County Mutual Insurance Company, pay all costs of this appeal.

RENDERED FEBRUARY 26, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk